**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      Steven Allen Jones v. The State of Texas

Appellate case number:   01-13-00431-CR

Trial court case number:  1345379

Trial court:                     351st District Court of Harris County

On February 18, 2014, the State of Texas filed a Motion for Extension of Time Within Which to File Appellate Brief.  The Motion is **GRANTED**, and appellee's brief is considered timely filed as of February 18, 2014.

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
                          ☑ Acting individually    ☐ Acting for the Court

Date: February 25, 2014